(1)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JEREMY BENDER,
INMATE NO. 53437-004,
Petitioner,

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 27 2008
JAMES N. HATTEN, CLERK
By: Deputy Clerk

1:08-CV-0668

VS.

WBH

FEDERAL BUREAU OF PRISONS,
USP HAZELTON, Wardens Office,
SIA Antonelli, SHU Lieutenant Bess,
SHU Counselor Johnson, Unit Manager Pulice,
Case Manager Davis, Health Services Assistant
Administrator Wagoner, Safety Manager Heikkinen,
and other Unnamed BOP staff members
Respondents,

Emergency Petion related to imminent and immediate threat to my life, The unlawful execution of my sentence in violation of constitutional standards. In violation of my civil rights. These challenges to the circumstances of my confinement require the attention of the court in order that I not be moved from one jurisdiction to another, and another, and another, and another, and another and another to repeat a similar cycle as I have been. Only now, it has been purposefully intensified.

I wish to start my pro se petition by apologizing to the court for not being able to submit my motion in the proper form. Explaining the details would only needlessly lengthen this petition. The circumstances I believe speak for themselves. I actually fear this petition will not reach the court, in light of the criminal conduct, I am experiencing first hand, on the part of BOP staff, here at Hazelton, USP.

The jurisdictional element I believe is self evident. I am aware of the ~~somewhat inappropriate~~ ambiguity (Sorry, don't have a dictionary to check spelling or the time to do a second copy) of the title of my petition. I am not an attorney at law. I believe it is best left to a judges discretion, to determine a ruling in this case. I understand the statutory requirements involved in the various petitions. I don't want to lock the court into a position, required by law, in framing my petition a certain way.

For example, this court can certainly review my complete filing in Civil action No. 1:07-CV-3027-WBH. Based on a review of evidentiary exhibits it would be a judges discretion to determine if I exhausted my administrative remedies. I just got one remedy back from the BOP Central office on 2/19/08, related to assaults and denial of medical care. [See Exhibit list A]. You could review [See Exhibit list B] and see I did my best to exhaust the Administrative Remedies available to me related ~~multiple institutions denials of protection for being placed in high security environments, denied protective custody, targeted for assault~~ to having my request for, need for, and multiple institutions denials of protective custody status not be properly documented. Along with my concern I will ~~be~~ continue to be placed in high security environments and be denied

protective custody. You could review ~~exhibit~~ [See Exhibit C] and see USP Hazelton is simply refusing to allow me to access the Administrative Remedy process, in a most blatant fashion. They seem to be taking the official position, on behalf of the BOP, that rather than allow me to exhaust the Administrative Remedy process, and file a civil action in the proper form, they would prefer to refuse to acknowledge anything I write, and try to get me killed.

What needs to be done here, is to have the Court review this situation thoroughly. The BOP is having it's USP's all over the country, do something that on it's face is blatently in violation of executive policy, legislative decree, and judicial precedent. When certain inmates enter USP's, they are made to understand, you can not be provided protective custody, if you don't go out to the compound. If you insist you have to go to the SHU, they will assign you to a SHU cell. You will be placed under SIS investigation, then cleared as a general population inmate, housed in the SHU. The lies staff tells you very slightly, depending on the position the inmate takes. Most inmates do not take any position. They are made to understand. If you attempt to assert your right to protective custody, the staff will attempt to get you assaulted, or murdered by the other inmates you need protection from.

In my case. Should the court be willing to call the named respondents into court, ~~subpoena~~ order them to produce their records, then review my written documentation, you will find the totality of the situation

to be disturbingly ~~unable~~ ~~unjustifiably~~ unjustifiable, under the rule of law, no matter how you look at it.

Right now USP Hazelton's position is I can not be verified as requiring protective custody. The two statements I provided addressed to SIA Antonelli undeniably supplied the necessary information. I provided copies to my Unit Manager, Counselor, ~~&~~ in a BP-229 for the Warden's review, and had SIA Antonelli read both documents, start to finish, at my door. Last night I had a Lieutenant and an Officer hollering out that I was a "baby raper" and a "Child Molester" for the entire inmate SHU population to here. It is hard to say, but if any less than 50 inmates clearly heard these two staff members yelling this out, I don't ~~possibly~~ see how that would be possible. Now today, this morning, after I asserted I needed to be left in this cell by myself, because of ~~the~~ the danger to my safety, due to the staff members yelling out things, that could be interpreted as solicitation of murder, by a United States Attorney, and a jury, I was ~~harshly~~ ordered to cuff up to come out of my cell, to come out to "talk" to the Lieutenant. I stated I did not trust the staff not to place me in a locked enclosure with a general population inmate. I was threatened with violence by "use of force" of the staff, if I did not submit to restraints. Sure enough they took me to "talk" to the Lieutenant. He informed me I was being escorted back to my cell, to be housed with a general population inmate, that ~~is~~ is

the same status as me.

I feel this petition should not be overly lengthy, as to force the court to spend too much time to review it. * The one request I would like to make is the court please consider issuing some type of emergency injuction that I must be provided protective custody while the court reviews this matter.

I feel I need to recap my experience of the past 24 hours, ~~briefly~~ to allow the court a better understanding of the nature of my immediate and imminent danger.

Before I do that, I want to briefly touch on the subject of payment, of any filing fees. I believe I could qualify as in forma pauperis. I also believe I could have the money provided for me by my family if necessary. It is not about the money. That applies to seeking any damages as well. Why in the world ~~what~~ would I want to be flown all over the country, to be repeatedly assaulted, then attempt to exhaust Administrative Remedies, and file a Civil action, each and every time? Bearing in mind, a corrupt culture, makes it virtually impossible to do once. Does the court wish to provide me a ~~[illegible]~~ multi-jurisdictional legal team of some sort? Ha, ha, ha. The situation is very serious. Deadly serious in fact. I hope the court understands that I am in no way trying to be funny, or offend the court's sensibilities. It is precisely the opposite. I wish to appeal to the court's sense of reason. If I have to seek damages related to a specific instance, such as what happened to

me in Atlanta, so be it. If this court, wishes to frame this petition, in a way that damages would be appropriate in the eyes of the court, so be it. I can't keep doing this! It isn't possible! It will kill me! The BOP will make sure it does! I've suffered enough damage, thank you very much. This is not a money train. It is a death train. Please stop the train. I want to get off.

~~At this point I am going to wrap this petition up by with a brief description of the last 24 hours.~~ There may be a few exhibits added that are not referenced in this petition. Specificly I wish to include a motion that I started, but did not complete. It was to the Atlanta District Court. However, I received an order from the court, and therefore discontinued. The material in fact is relevant to this case. ~~[illegible]~~ That will be [Exhibit D.] I wish to supply my Motion to reconsider the denial of my certificate of appealability. That will be [Exhibit E.] I am supplying this knowing the status of my conviction is not at issue here. I believe it is totality relevant that those individuals that would choose to purposefully target me for vigilante justice recognize that I am in fact not a child molester. ~~The~~ [Exhibit F] will be my Petition for Writ of habeas Corpus pursuant to 28 U.S.C. § 2241. The ruling on this petition that was given Civil Action No. 1:07-CV-3027-WBH sumarizes my position in a pretty straight forward fashion.

The most relevant factor here is this is a pattern of prison officials failure to act reasonably in light of a particular threat of danger to my safety. This is a pattern of "local policy" that involves prison conditions or practices that creates a dangerous situation for ~~[illegible]~~ vulnerable prisoners such as

myself in general. This is not a matter of an isolated failure to protect. They continue to show deliberate indifference and ~~[illegible]~~ reckless disregard for my safety. There is a direct connection between the actions and practices of prison officials and the harm I continue to be exposed to.

I am now going to get into a brief description of my experiences of Friday 2/22/08 and early Saturday 2/23/08. This should not be considered to be a complete version of every aspect, of every event, every word, of every conversation, etc.. Simply an overview. I was told by staff Friday morning to pack my belongings because myself and my cellmate (convicted of a child sex offense) were being moved. He was moved to one cell. I was moved to a different one. I was led to the last cell at the end of one range. When we got to the door the inmate refused to take me. The Lieutenant (Boss SHU) ~~[illegible]~~ came marching down the hall with another officer, and a gun that shoots high powered rubber bullets. ~~[illegible]~~ It was made clear that he would be shot with rubber bullets if he did not take me. I entered the cell. I immediately assured the inmate I didn't want any problems. The inmate was a Texas Syndicate gang member with enemies of all races on the compound and therefore needs protective custody. Also though, he's a violent gang member, who is likely to assault anyone they put in his cell. He told me he informed SIS investigators they, not him, would be responsible if someone was placed in his cell, and he assaulted them. Also, Texas Syndicate, like all prison gangs, have S.O.S. smash on site orders, for anyone convicted of a child sex offense. I should never be placed in a cell with a gang

member, Period. They know this. ~~member~~ Myself, and the inmate in question, were able to communicate well enough to keep any violence from occurring, ~~and~~ but we both knew we couldn't stay in that cell together. I couldn't have slept in that room, put it that way. After reporting to my range officer I needed to see the Assistant Warden, who was making rounds in the SHU, to deliver [Exhibit C], neither the A.W. or the range officer came back. After shift change, we were eventually able to get me removed from the cell. I was escorted up to a holding cell in the center of the SHU. I had provided a copy of [exhibit C] to SHU #1 hanger beam, and discussed my legitimate fear for my life, and his need to forward my complaint to the warden's office.

The ~~[illegible]~~ Compound Lieutenant Came down. An African American Lieutenant, which I believe could be relevant based on the awareness of my complaints to Atlanta's District Court. I concead, possibly not. I was escorted to a Cell door on Range 3. I was led to the cell door of a Native American (identifiable by his headwear). Which is another affiliated group with S.O.S. orders for anyone that has my charge. The orderlies know my charge, because one told me so. That means everyone in this SHU inmate wise, that cells with me, is likely to gain this knowledges. The Native asked me directly at the door, "Are you a check in?" Meaning, requesting Protective Custody. I answered, "yes." He ~~[illegible]~~ said to me "I don't know what to tell you. You know what time it is." I immediately said I can't go in there. The Lieutenant starts yelling at me, Screaming, "this is bullshit. Why are you putting your business out on the

range." I told him I wasn't. They led me to the door of an inmate that said he was going to assault me if you put me in his cell. Another officer began yelling "No he didn't," "Your lying," "He didn't say that, I was right there." The Lieutenant said, it was my fault, "I needed to go into the fucking cell they assigned me to, and shut my fucking mouth about this P.C. shit," I told him I required protective custody, that is the reality of my situation. He told me I was playing a really dangerous game here. I told him I wasn't playing a game, I was in legitimate fear for my life. He starts yelling really loud "It is your fault for yelling down the ranges in the SHU that you are some kind of Baby Raper." I said "no, no, no". I was stunned, he knew what he was doing. I said "This is insane." "I never said anything like that, on any range in here, ever." Then another officer began yelling "yes you did I heard you." It was the same one who said I was lying about what the Native American said. That officer began hollering "Yes you did. You were saying everyone knows your charges. Everyone knows you are a Child Molester", Now

I understand how someone outside of the Penitentiary system might feel referring to this as solicitation of murder, is a stretch. Talk to every inmate that is in a USP, at this moment, and see what they tell you. A Lieutenant, and an officer, at USP Hazelton, in the SHU, yelling out for everyone to hear, someone is a baby raper and a child molester. Look I know the local prosecutor's office works

with SIS, and SIS with the FBI, etc., Nobody is getting charged with solicitation of murder I'm sure, I just sincerely believe the prosecution could be successful, It's just this, us against them, all is fair in love and war mentality, has gone too far, in my opinion. In my idealistic viewpoint, it would be appropriate to put a little fear of God in people that took oaths of service, and knowingly violate them, particularly when the behavior is so blatently sociopathic, sadistic, and homicidal.

Back to the evening of Friday 2/22/08, The Lieutenant and the officers spent a while on 5 range. That is the range I was removed from in the morning. Also it is right next to where they hollered out those statements. Eventually I was placed in the cell at the end of the range by myself. [I realize this leads back into elements discussed already]

In the morning ~~During~~ officer Pyles came to my door ~~and~~ smiling and laughing. He said I thought you were on 1 range. He was one of the officers that escorted me to that cell. I told him I didn't want to get into details, but the officer and Lieutenant working the previous evening shift, had hollered things out, that endanger my life. Yelling I was a baby raper and child molester. I was not going to allow them to order me to take a cellmate because I feared for my life. He still smiled and laughed. I told him I was serious. He was a federal law enforcement officer, and my request needed to be logged in the SHU book.

Shortly after, I was asked to cuff up to go talk to the Lieutenant. I told him I did not trust them not to cuff me up and place me in the a cell with a general population inmate. I was threatened with "use of force" by staff. I submitted to restraints.

I was taken to talk to the Lieutenant. He asked me

why I was causing problems for the SHU staff, I told him it is the institutions refusal to acknowledge my request for Protective Custody that is the problem. He begins explaining to me my request was acknowledged. They had an SIS ~~prote~~ investigation, and your request for protective custody can not be confirmed. You are therefore "unconfirmed P.C. status". I explained ~~I~~ ~~man~~ ~~investigation~~ protective custody status is different than being under SIS investigation. My request for P.C. was not acknowledged on my detention order, and my written statement which undeniably requires I be placed on protective custody status wasn't acknowledged either. It is just ridiculous anymore, the training has these people so endoctrinated, it is as if they are no longer capable of rational thought.

Which is precisely the problem. Whole staffs top to bottom, at USP's all over the country, did not decide they could violate the laws established by Congress, the courts, and the executive branch, independently, and in a uniformed fashion. For a Federal DOJ Federal BOP facility to tell me they follow laws governed by "local policy", is so ludicrous, I'm not even going to bother explaining why. To have institution after institution, tell me they have interpreted BOP national policy, and instituted local policy. Is this some kind of joke. So then what? Am I to believe BOP central office didn't train, condition, and endoctrinate these people all over the country this way. They all independently decided to establish "local policy", that says inmates that request protective custody, can have their request not be acknowledged, placed under SIS investigation, cleared for general

population, ordered to the compound, have it documented they are refusing to program, have their written statement not be acknowledged, & be exposed to assault risk of the general population. Then to top it all off, not be permitted a BP-229, because you must be given the run around for 20 days. (timebarred), before anyone will give you one. If you figure out any way around this, you just encounter more of the same type of systematic obstacles. (once again, the redundancy relates to framing my position)

Oh yeah. To finish off Saturday morning, the Lieutenant informed me, I was being escorted back to my cell with my new cellmate. He is on the same status as me "unconfirmed P.C.". This is more commonly known as general population. ~~This was~~ My new cellmate is an African American straight off of the compound. White people that are celled with African Americans are targeted for assault by white gang members. Let's see, In the last day, I have been targeted effectively by staff with a Latino gang, a Native, the whites, my cellmate is a general population African American, and an announcement to the SHU population has been made by staff that I am a baby raping child molester. Yet my request for protective custody can not be confirmed. It will ~~take~~ be an act of divine intervention if I came out of this one.

I thank you for your time. Normally I would go back through and clean it all up. Usually requiring I be less confrontational with authority. This time I'll simply apologize for it.

Sincerely,

2/24/08

Jeremy Bender

Jeremy Bender

# Evidentiary Attachment

emergency petition to Northern District of West Virginia

A. BOP Central Office / BOP Southeast Regional Office
Administrative Remedies

B. Motion / Evidentiary Exhibit
Northern District of Georgia
Administrative Remedies
BOP Coleman / BOP Region / BOP Central office

C. Evidentiary Documents
USP Hazelton

D. Intended Motion for Northern District of Georgia
Now evidentiary exhibit for Northern District of West Virginia

E. Motion to reconsider the denial of my certificate of appealability
United States Court of Appeals Eleventh Circuit

F. petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241
Northern District of Georgia